# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: D.S.W., A/K/A. D.W., A MINOR | : | No. 376 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.L.W., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: N.C.W.-M, A/K/A N.W., A MINOR | : | No. 377 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.L.W., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF:: N.A.W., A/K/A. N.W., A MINOR | : | No. 378 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.L.W., MOTHER | : | the Order of the Superior Court |
| IN THE INTEREST OF: D.E.M., A/K/A. D.M., A MINOR | : | No. 379 EAL 2018 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: N.L.W., MOTHER | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.